IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NEIS ACQUISITIONS AUXGA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION FILE NO.: ) ) 5:24-cv-00126-ES |
| TARGET CORPORATION, | ) ) |
| Defendant. | ) |

### ORDER GRANTING TARGET CORPORATION'S MOTION FOR LEAVE TO EXCEED DISCOVERY LIMITATIONS IMPOSED BY LOCAL RULES

This matter is before the Court upon Plaintiff's Motion for Leave to Exceed Discovery Limitations imposed by Local Rules. Upon due consideration and for good cause shown, it is hereby GRANTED and it is hereby ORDERED that:

Target Corporation shall be permitted to serve up to serve the Interrogatories attached to its Motion as Exhibit A and the Requests for Production attached to its Motion as Exhibit B.

SO ORDERED this  3rd  day of July 2024.

                                                  s/Tilman E. Self, III
                                                Honorable Tilman E. Self, III
                                                United States District Judge

Prepared and presented by:
BAKER DONELSON
*/s/ Ivy N. Cadle*
Ivy N. Cadle, Esq.
Georgia Bar No. 353227
J. Tyler Cox, Esq.
Georgia Bar No. 876435
3414 Peachtree Road NE, Suite 1500
Atlanta, Georgia 30326
Telephone:  (404) 577-6000
icadle@bakerdonelson.com
tcox@bakerdonelson.com
*Counsel for Target Corporation*